

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-15-00175-CV

**Manowar Aziz and AB Transport and Trucking**

**v.**

**Abdul Waris, Individually, and on behalf of Progressive Trucking, Inc., as shareholder**

NO. 2013-09984 IN THE 133RD DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 07/21/2015 | E-PAID | APE |
| MT FEE | $10.00 | 07/10/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 05/29/2015 | E-PAID | ANT |
| CLK RECORD | $241.00 | 04/30/2015 | PAID | ANT |
| RPT RECORD | $875.00 | 04/01/2015 | PAID | ANT |
| FILING | $175.00 | 03/04/2015 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 03/04/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 03/02/2015 | E-PAID | APE |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $1,351.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this November 6, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**